IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER AVELLONE )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-21-1108-SLP
KELLY RAE BRISTOL )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, KELLY RAE BRISTOL.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Scott Kiplinger        11/29/2021
Signature                 Date

Scott Kiplinger
Print Name

GABLEGOTWALS
Firm

499 W Sheridan Avenue, Suite 2200
Address

Oklahoma City
City            State            Zip Code

Oklahoma City         OK              73102
Telephone             Fax Number

skiplinger@gablelaw.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

[✔] I hereby certify that on (date) 11/29/2021_____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

ERIC D. WADE
ROSENSTEIN FIST & RINGOLD
525 SOUTH MAIN, SUITE 700
TULSA, OK 74103-4508
ewade@rfrlaw.com

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Scott Kiplinger_____
s/ Attorney Name