IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER AVELLONE, )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-21-1108-SLP
KELLY RAE BRISTOL, )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DEFENDANT , KELLY RAE BRISTOL .
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jessica Marie Pettit                    12/10/2021
Signature                                   Date

Jessica Marie Pettit
Print Name

Robins Kaplan LLP
Firm

2049 Century Park East, Suite 3400
Address

Los Angeles               OK              90067
City                      State           Zip Code

310-229-5892
Telephone                 Fax Number

JPettit@RobinsKaplan.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) <u>December 10, 2021</u>, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

ERIC D. WADE
ROSENSTEIN FIST & RINGOLD
525 SOUTH MAIN, SUITE 700
TULSA, OK 74103-4508
ewade@rfrlaw.com

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Jessica Marie Pettit
s/ Attorney Name