# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER AVELLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-1108-SLP |
| ) | (State Court Case No. CJ-2021-4340) |
| KELLY RAE BRISTOL, ) | (District Court of Oklahoma County) |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Scott E. Kiplinger, attorney for Defendant, pursuant to W.D. Local Rules 83.2(g) and 83.3 respectfully moves the Court to admit Daniel L. Allender of the State of California to this Court *Pro Hac Vice*.

Mr. Allender will associate with Scott E. Kiplinger, who is a resident of Oklahoma, maintains a law office in Oklahoma City, and has been duly and regularly admitted to practice in this Court.

Mr. Allender is a member in good standing of the bar of the highest court of the State of California, where Mr. Allender resides and is licensed to practice law. Mr. Allender is otherwise qualified to be admitted before this Court pursuant to W.D. Local Rules 83.2 (g). Attached as Exhibit 1 is Mr. Allender's completed *Request for Admission Pro Hac Vice* of the Applicant. A payment of $50.00 by credit card made payable to the Clerk of this Court is tendered to the Clerk of the Court contemporaneous with the filing of this Application.

{S594288;}                                1

WHEREFORE, the Defendant respectfully requests entry of an order for admission of Daniel L. Allender *pro hac vice* to this Court.

          Respectfully submitted,

          */s/ Scott E. Kiplinger*
          Scott E. Kiplinger, OBA No. 33938
          GABLEGOTWALS
          BOK Park Plaza
          499 W. Sheridan, Suite 2200
          Oklahoma City, OK  73102-7101
          (405) 235-5500
          (405) 235-2875 (fax)

          ***Attorney for Defendant***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Eric D. Wade, OBA No. 19249
ROSENSTEIN FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103-4508
(918) 585-9211 (Telephone)
(918) 583-5617 (Fax)

*Attorney for Plaintiff*

                                          /s/ *Scott E. Kiplinger*
                                          Scott E. Kiplinger