# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER AVELLONE           )
                               )
                               )
                               )
          Plaintiff(s),        )
                               )
     v.                        )     Case No. CIV-21-1108-SLP
KELLY RAE BRISTOL              )
                               )
                               )
                               )
          Defendant(s)         )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Christopher Avellone__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ __Eric D. Wade__    __12/21/2021__
Signature              Date

__Eric D. Wade__
Print Name

__Rosenstein Fist & Ringold__
Firm

__525 S. Main, Suite 700__
Address

__Tulsa__        __OK__        __74103-4508__
City             State         Zip Code

__(918) 585-9211__
Telephone

__ericw@rfrlaw.com__
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on December 21, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Eric D. Wade
_____
s/ Attorney Name