

**ORIGINAL SUMMONS**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV 19 2021

RICK WARREN
COURT CLERK

IN THE DISTRICT COURT OF OKLAHOMA COUNTY, STATE OF OKLAHOMA
320 ROBERT S. KERR AVENUE, 409 COUNTY OFFICE BLDG.,
OKLAHOMA CITY, OKLAHOMA 74103

88_____

| | |
|---|---|
| CHRISTOPHER AVELLONE, | Case No. CJ-2021-4340 |
| Plaintiff, | Attorney(s) for Plaintiff(s) |
| vs. | Name: Eric D. Wade, OBA No. 19249 |
| KELLY RAE BRISTOL, | ROSENSTEIN, FIST & RINGOLD |
| | Address: 525 S. Main, Suite 700, Tulsa, OK 74103-4508 |
| Defendant. | Telephone: (918) 585-9211 |

Authorized by: Eric D. Wade

To the above-named Defendant(s):   Kelly Rae Bristol
4528 Gaylord Dr., Apt. A
Oklahoma City OK 73162

You have been sued by the above named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of this action.

Issued this 13th day of October, 2021. RICK WARREN, Court Clerk

_____, Court Clerk

(Seal)       By _____, Deputy Court Clerk

This summons and order was served on    11/3/21
(date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

RETURN ORIGINAL FOR FILING

Exhibit 1

## PROOF OF SERVICE AFFIDAVIT          REF# 146260

COUNTY OF: OKLAHOMA
STATE OF  OKLAHOMA                              CASE NO:  CJ-2021-4340
PLAINTIFF(S) IN RE CHRISTOPHER AVELLONE

DEFENDANT(S):  KELLY RAE BRISTOL

Documents Served:  SUMMONS; PETITION; PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT

Date Received: 10/28/2021          Received From:  ROSENSTEIN, FIST & RINGOLD
                                                   525 SOUTH MAIN ST., STE. 700
                                                   TULSA, OK 74103-4500

I,  TIM HARRIS                     , do hereby certify that I served the above named documents on

KELLY RAE BRISTOL

| | |
|---|---|
| By delivering copies to: | KELLY RAE BRISTOL |
| (Title / Relationship) | DEFENDANT |
| Address of service: | 4528 GAYLORD DR., APT. A |
| | OKLAHOMA CITY, OK 73162 |
| Date of service: | 11/3/2021 |
| Time of service: | 7:43    AM    PM X |

**X**  PERSONAL SERVICE

___  RESIDENTIAL SERVICE (by leaving a true copy of said process with a person residing therein, who is fifteen (15) years of age or older, at the above listed address, which is the usual place of abode or dwelling house of the above named person(s)

___  CORPORATION/PARTNERSHIP/ENTITY, ETC. (by delivering a true copy of said process to an officer, agent or partner of the above named entity.)

### Affidavit

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

11/4/2021                                                              PSL# 2021-9

Subscribed and Sworn to before me

_____                                  Notary Public

My Commission Expires                 Bryan Smith & Associates, Inc.
                                      1732 Southwest Blvd., Tulsa, OK 74107
                  Office: 918-582-5353 Toll Free: 800-528-2724
                                      Email: bsai799@aol.com

BRYAN SMITH
Notary Public in and for
STATE OF OKLAHOMA
Commission #21014241
Expires: 29 Oct 2025

Exhibit 1