IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER AVELLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-1108-SLP |
| ) | |
| KELLY RAE BRISTOL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Plaintiff's Unopposed Motion to Stay Deadline to Respond to Defendant's Motion to Dismiss and Request for Judicial Notice [Doc. No. 14]. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss [Doc. No. 10] and Request for Judicial Notice in Support of Defendant's Motion to Dismiss [Doc. No. 11] is stayed until further order of this Court to be entered after the Court has ruled on Plaintiff's Motion to Remand [Doc. No. 13].

IT IS SO ORDERED this 4th day of January, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE