IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER AVELLONE )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-21-1108-SLP
KELLY RAE BRISTOL )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Christopher Avellone.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Emily C. Krukowski   01/20/2022
Signature   Date

Emily C. Krukowski
Print Name

Rosenstein Fist & Ringold
Firm

Criminal Cases Only:

☐ Retained or USA

525 S. Main, Suite 700
Address

☐ CJA Appointment

Tulsa   OK   74103-4508
City   State   Zip Code

☐ Federal Public Defender

(918) 585-9211
Telephone

☐ Pro Bono

☐ CJA Training Panel

ekrukowski@rfrlaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on January 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Emily C. Krukowski
s/ Attorney Name