## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER AVELLONE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-1108-SLP |
| | ) |
| **KELLY RAE BRISTOL,** | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF ERIC D. WADE

**COUNTY OF TULSA**       )
                          ) ss
**STATE OF OKLAHOMA**     )

I, Eric D. Wade, after being duly sworn, state as follows:

1. This Affidavit is made on personal knowledge of facts to which I am competent to testify.

2. I am an attorney licensed to practice law in the State of Oklahoma and admitted to practice before all federal courts in Oklahoma. I am a shareholder in the law firm of Rosenstein, Fist & Ringold, and I have been licensed to practice law since 2001. I have been continuously engaged in the full-time practice of law for more than twenty (20) years.

3. Emily Krukowski is an attorney licensed to practice law in the State of Oklahoma and admitted to practice before all federal courts in Oklahoma. She is Of Counsel with the firm of Rosenstein, Fist & Ringold, has been licensed to practice law since 2014, and has been continuously engaged in the full-time practice of law for more than seven (7) years.

Exhibit 1

4. During all times relevant to this proceeding, my hourly rate was $325.00 per hour and Emily Krukowski's hourly rate was $250.00 per hour. These rates are reasonable and in keeping with the rates charged by other attorneys of comparable skill and experience.

5. Attached to this Affidavit are this firm's invoices (redacted, in part) to Plaintiff for work performed in this case during November and December 2021, and a summary of the work performed during January 2022 (which will be invoiced to Plaintiff in February), as well as certain costs incurred, all as a result of Defendant Kelly Bristol's improper removal of this case to federal court. The invoices and summary were prepared based on contemporaneously-kept time records.

6. I have reviewed the contemporaneously-kept time records and the attached invoices, and I have determined that the work performed and hours expended were reasonable and necessary, and state that Plaintiff would not have incurred these fees and costs but for the Defendant's improper removal of the case.

                                                                                                  _____
                                                                                                  Eric D. Wade

STATE OF OKLAHOMA   )
                                          ) ss.
COUNTY OF TULSA      )

Subscribed and sworn to before me this 20th day of January, 2022.

                                                                _____
                                                                Notary Public

My Commission Number: 14000727
My Commission Expires: 21 Jan 2026

LISA ANN EIDSON
Notary Public in and for
STATE OF OKLAHOMA
Commission #14000727
Expires: 21 Jan 2026

2

**Rosenstein, Fist & Ringold**

525 S. Main, Suite 700

Tulsa, OK 74103-4508

Telephone No. (918) 585-9211
Facsimile No. (918) 583-5617
Internet Web Site - www.rfrlaw.com

| | |
|---|---|
| Invoice Number: | 152407 |
| Invoice Date: | 12/07/2021 |
| Activity Billed Through: | 11/30/2021 |
| Billing Attorney Initials: | EDW |

Christopher Avellone

███████████████████

Regarding:  v. Kelly Bristol                    Our File No.:    301821 - 0002

For professional services rendered:                                                Hours       Fees

| Date | Atty | Code | Description | Hours | Fees |
|---|---|---|---|---|---|
| 11/03/2021 | ██ | ██ | ████████████████████████████████ | ██ | ██ |
| 11/17/2021 | ██ | ██ | ████████████████████████████████ | ██ | ██ |
| 11/22/2021 | ██ | ██ | ████████████████████████████████ | ██ | ██ |
| 11/23/2021 | EDW | 238 | Review Notice of Removal (.1); e-mails with C. Avellone regarding removal of case to federal court and motion for remand (.6). | 0.70 | 227.50 |
| 11/23/2021 | ██ | ██ | ████████████████████████████████ | ██ | ██ |
| 11/23/2021 | ECK | 255 | Exchange communications with E. Wade regarding research needed for issues related to removal and remand (.1); and begin researching issues related to removal and remand (.5). | 0.60 | 150.00 |
| 11/24/2021 | ECK | 255 | Continue research regarding issues related to removal and remand; and email to E. Wade regarding research findings. | 2.00 | 500.00 |
| 11/29/2021 | ██ | ██ | ████████████████████████████████ | ██ | ██ |

                                                   Total professional services:            ██

For expenses advanced or incurred:

| Date | | | | Amount |
|---|---|---|---|---|
| 11/17/2021 | ██ | ████████ | | ██ |
| 11/17/2021 | ██ | ████████ | | ██ |
| 11/19/2021 | ██ | ████████████████████████████████ | | ██ |
| 11/30/2021 | ER | Lexis Nexis Electronic Research | | 93.44 |

                                                   Total expenses advanced:               ██

                                                   Total billed this invoice:              ██

Rosenstein, Fist & Ringold
525 S. Main, Suite 700
Tulsa, OK 74103-4508

Telephone No. (918) 585-9211
Facsimile No. (918) 583-5617
Internet Web Site - www.rfrlaw.com

| | |
|---|---|
| Invoice Number: | 152903 |
| Invoice Date: | 01/20/2022 |
| Activity Billed Through: | 12/31/2021 |
| Billing Attorney Initials: | EDW |

Christopher Avellone

███████████████████████

Regarding: v. Kelly Bristol          Our File No.:          301821 - 0002

For professional services rendered:

| Date | Atty | Code | Description | Hours | Fees |
|---|---|---|---|---|---|
| 12/02/2021 | ██ | ██ | ████████████████████████ | ██ | ██ |
| 12/10/2021 | ██ | ██ | ████████████████████████ | ██ | ██ |
| 12/12/2021 | ██ | ██ | ████████████████████████ | ██ | ██ |
| 12/13/2021 | EDW | 238 | Conference with E. Krukowski regarding motion to remand and related procedural issues. | 0.20 | 65.00 |
| 12/13/2021 | ECK | 255 | Conference with E. Wade regarding motion to remand. | 0.20 | 50.00 |
| 12/15/2021 | ECK | 255 | Research regarding legal issues related to motion to remand and motion to stay. | 1.60 | 400.00 |
| 12/16/2021 | EDW | 238 | Conference with E. Krukowski re: motion for remand and motion to stay. | 0.60 | 195.00 |
| 12/16/2021 | ECK | 255 | Conference with E. Wade re: arguments for motions to remand and stay deadlines pending remand determination (0.6); draft motion to stay briefing on motion to dismiss and request for judicial notice pending motion to remand (1.7). | 2.30 | 575.00 |
| 12/17/2021 | ██ | ██ | ████████████████████████ | ██ | ██ |
| 12/17/2021 | ECK | 255 | Draft motion to remand. | 4.20 | 1,050.00 |
| 12/20/2021 | EDW | 238 | ████████████ (.1); revise motion to remand and for award of costs and attorney fees with combined brief in support (2.7); e-mails with C. Avellone regarding questions about and revisions to motion to remand (.2). | 3.00 | 975.00 |
| 12/21/2021 | ECK | 255 | Research re: grounds for recovery and fees (.6); finalize draft motion in preparation for filing (.3). | 0.90 | 225.00 |

|  |  |  | Invoice number | 152903 Page | 2 |
|---|---|---|---|---|---|
| 12/22/2021 | EDW | 238 | Telephone conversation and e-mail with Scott Kiplinger regarding motion to stay (.1); e-mails with C. Avellone regarding conversation with Mr. Kiplinger and matters related to remand and recovery of attorney fees (.3). | 0.40 | 130.00 |
| 12/22/2021 | ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 12/23/2021 | EDW | 238 | E-mails with C. Avellone regarding motion to remand and for an award of fees, and email to Scott Kiplinger regarding same. | 0.50 | 162.50 |
| 12/27/2021 | EDW | 238 | E-mails with Scott Kiplinger and C. Avellone regarding resolve costs and fees for improper removal (.1); revise and finalize Plaintiff's Unopposed Motion to Stay Deadline to Respond to Defendant's Motion to Dismiss and Request for Judicial Notice (.9); prepare proposed order regarding motion to stay (.1); conference with E. Krukowski re: motion to stay (.1). | 1.20 | 390.00 |
| 12/27/2021 | ECK | 255 | Conference with E. Wade regarding motion to stay strategy; review Plaintiff's Motion to Stay. | 0.10 | 25.00 |

Total professional services: ■

For expenses advanced or incurred:

| 11/17/2021 | ■ | ■■ |  | ■ |
|---|---|---|---|---|
| 12/31/2021 | ER | Lexis Nexis Electronic Research |  | 100.00 |

Total expenses advanced: ■

Total billed this invoice: ■

Account Summary:

Unpaid balance forward as of invoice date: $0.00

Total billed this invoice: ■

Please pay this amount: ■

## Summary of Work Performed
## between January 1, 2022 and January 20, 2022

| Date | Timekeeper | Description | Time | Amount |
|---|---|---|---|---|
| 1/3/22 | EDW | E-mails with Scott Kiplinger and Chris Avellone re. possible stipulation on remand and amount of Plaintiff's attorney fees and costs incurred as a result of improper removal. | .10 | $32.50 |
| 1/11/22 | EDW | E-mails with Chris Avellone re. impending deadline for Defendant to respond to motion to remand. | .10 | $32.50 |
| 1/13/22 | EDW | Review Court's Order granting Motion to Remand (.1); e-mails with Chris Avellone re. order and application for fees (.3). | .40 | $130.00 |
| 1/19/22 | EDW | E-mails with Scott Kiplinger re. possible stipulation on amount of fees and costs (.2); e-mails with Chris Avellone re. possible stipulation (.1). | .30 | $97.50 |
| 1/20/22 | EDW | E-mails with Chris Avellone re. offering to reduce fees and costs sought (.3); e-mails with Scott Kiplinger transmitting Plaintiff's reduced offer, and review Defendant's rejection of same (.1); prepare Application for Attorney Fees and Costs (.8); prepare supporting affidavit and documentation for Application (1.0); e-mails with C. Avellone re. Application (.1). | 2.30 | $747.50 |
| **TOTAL** | | | **3.20** | **$1,040.00** |