IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER AVELLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-1108-SLP |
| ) | |
| KELLY RAE BRISTOL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Plaintiff's Application for Attorney Fees and Costs [Doc. No. 18]. Defendant has not responded within the time permitted, *see* Order [Doc. No. 16], and, therefore, the Court, in its discretion, may deem the Application confessed.

The Court previously awarded costs and attorney fees to Plaintiff pursuant to 28 U.S.C. § 1447(c). The only issue before the Court is the reasonableness of those costs and fees. In the Application, Plaintiff requests costs in the sum of $193.44 and attorney fees in the sum of $6,127.50, for a total award of $6,320.94. Plaintiff supports the request with an affidavit and relevant time records. Upon review, and noting Defendant's lack of objection, the Court finds the amount of requested costs and fees is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Application for Attorney Fees and Costs [Doc. No. 18] is GRANTED and Plaintiff is awarded a total sum of $6,320.94.

IT IS SO ORDERED this 1st day of February, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE